# EXHIBIT B

From: **Jennifer Kuo** <Jennifer.Kuo@bis.doc.gov>
Date: 12 March 2015 at 13:14
Subject: RE: Request for records under the Freedom of Information Act (FOIA BIS 14-042)
To: Jason Leopold <jason.leopold@vice.com>


Dear Mr. Jason Leopold:

We acknowledge receipt of your Freedom of Information Act (FOIA) request to the U.S. Department of Commerce's Bureau of Industry and Security (BIS).  The FOIA Case No. is BIS 15-042.  I am the contact person for your request and may be reached at Jennifer.Kuo@bis.doc.gov or 202-482-0953.

Pursuant to 15 CFR § 4.4(c), records requested must be described in enough detail to enable agency personnel to locate them with a reasonable amount of effort, as stated your request is vague and/or too general.   Please be advised, a FOIA request can be made for any agency record that is not publicly available.  Please describe as best as possible the records you are requesting: in your description include information such as the date and place the records were created; the file descriptions; subject matter; persons involved; other pertinent details that will help identify the records; and a time frame i.e., January 2012-December 2012.

Unfortunately, we cannot process your request as written because some record descriptions are too board and some record descriptions are too vague and general for us to search our files.  In order to respond to your request for the various types of Office of Antiboycott Compliance (OAC) records, we would need to have an inclusive search time-frame (start and end dates) as well as a description for each 31 types of records you are seeking.  Some of the records you are seeking do not belong to OAC.

Here are a few suggestions:

1.     My request seeks email TO and FROM Kevin J. Wolf, Matthew S. Borman, Richard Majauskas, John Masterson, Kathryn Chantry, David W. Mills, Daniel O. Hill, Eric L. Hirschhorn to OAC regarding Antiboycott Compliance from January 1, 2014 to present.
2.     My request seeks completed forms that have been submitted to the office: BIS-621P BIS-6051P BIS-6051P-a from January 1, 2014 to present.
3.     All other FOIA requests that have been sent to OAC and all responsive materials provided to the requesters from January 1, 2014 to present.
4.     All publically released OAC enforcement actions from January 1, 2014 to present.

Export Administration Regulations (EAR) Part 760, Restrictive Trade Practices or Boycotts, governs the antiboycott laws.  Information is available at:
http://www.bis.doc.gov/index.php/forms-documents/doc_view/428-part-760-restrictive-trade-practices-or-boycotts

BIS forms used by OAC are BIS-621P, BIS-6051P, and BIS-6051P-a and are available at:

http://www.bis.doc.gov/index.php/enforcement/oac?id=300

OAC does not have "rules of procedure", "administrative staff manuals", and "statements of policy and interpretations" concerning OAC business practices and antiboycott regulations as those terms are commonly understood.

Please let us know if you agree to the clarified search terms listed above, or contact us and we will be happy to work with you to define the scope.  Nevertheless, we will hold your request in abeyance until April 12.  However, if we do not hear from you by that date, your request file will be closed with no further action on our part.

Regards,

Jennifer Kuo
FOIA Officer and Records Officer
Office of the CFO and Director of Administration
Department of Commerce (DOC)|Bureau of Industry and Security (BIS)
Direct Line: 202.482.0953| Fax: 202.482.0800| Office Main Line: 202.482.1900
Jennifer.Kuo@bis.doc.gov
Telework: Tuesdays and Fridays