# EXHIBIT D

From: **Jennifer Kuo** <Jennifer.Kuo@bis.doc.gov>
Date: 1 June 2015 at 16:46
Subject: RE: STILL HAVE NOT REC'D A CASE NUMBER FOR THIS FOIA (NEW request for records under the Freedom of Information Act)
To: Jason Leopold <jason.leopold@vice.com>


Hi Mr. Leopold.

We received your request and the tracking number for this new FOIA is BIS 15-074.  I apologized for the delay response.

Your request is currently is process and we will provide a response to you as soon as possible.

Thank you,
Jennifer

Jennifer Kuo
FOIA Officer and Records Officer
Office of the CFO and Director of Administration
Department of Commerce (DOC)|Bureau of Industry and Security (BIS)
Direct Line: 202.482.0953| Fax: 202.482.0800| Office Main Line: 202.482.1900
Jennifer.Kuo@bis.doc.gov