UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF COMMERCE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 15-CV-00817<br>(KBJ) |

JOINT STATUS REPORT

Pursuant to the Court's July 10, 2015 Order, the Parties by their respective undersigned counsel, submit this Joint Status Report.  The Parties' negotiations since the commencement of litigation has resulted in clarification of the documents requested however the parties have not been able to reach complete agreement about the number and timing of documents to produce.

The Office of Antiboycott Compliance (OAC) is a small office and the Plaintiff's request for hundreds of documents within a very short period of time is too many and too fast for that office to handle.  The parties are working cooperatively and attempting to negotiate a compromise.  Accordingly, starting August 10, 2015 OAC is prepared to begin releasing documents responsive to item 2 of Plaintiff's request, seeking "[a]ll completed forms that have been submitted to OAC . . . from January 1, 2010 on."  OAC received approximately 1,000 of these forms each year, and has approximately 5,000 total responsive forms within the dates of the request.  Each form is accompanied by attachments.  Despite being a very small office, to assist in resolving this matter OAC will agree to begin processing these forms on a rolling basis, releasing 50 forms with attachments bi-weekly, until item 2 of Plaintiff's request is satisfied. In the

alternative, OAC proposes to offer Plaintiff a sampling, providing a random sampling of 50 forms with attachments bi-weekly, until 500 total forms are released. Once Plaintiff has an initial sampling of the documents responsive to item 2 of Plaintiff's request, the Plaintiff will be in a better position to determine if he can agree to sampling compromise. In addition, the Parties will be in a better position to determine if a briefing schedule is needed and if so, how long. In the interim, OAC is prepared to release additional responsive documents to items 1, 3, 4, and 17 of Plaintiff's request by August 10, 2015.

The Parties thereby request that they be allowed to continue to engage in negotiation efforts until August 17, 2015, at which time the Parties will file a status report concerning settlement status or provide the Court with a proposed briefing schedule.

Respectfully Submitted,

/s/ Jeffrey L. Light
Jeffrey L. Light
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
202.277.6213
Jeffrey@LawOfficeOfJeffreyLight.com

VINCENT H. COHEN, JR., Bar # 471489
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:   /s/
       BENTON G. PETERSON, BAR # 1029849
       Assistant United States Attorney
       U.S. Attorney's Office
       555 4th Street, N.W. - Civil Division
       Washington, D.C. 20530
       (202) 252-2534