UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD, )
)
Plaintiff, )
)
) Civil Action No. 15-CV-00817
) (KBJ)
DEPARTMENT OF COMMERCE, )
)
Defendant. )
)

JOINT STATUS REPORT

Pursuant to the Court's March 16, 2016 Order, the Parties by their respective undersigned counsel, submit this Joint Status Report. The Parties' continuing negotiations since the commencement of litigation has resulted in a substantial agreement concerning the March 15, 2016 production and the final contemplated production of responsive material to Plaintiff delivered today. However, the Plaintiff will require up to and until April 19, 2016 to evaluate the material and to determine if there are further disagreements concerning the production.

The Parties thereby request that they be allowed to continue to engage in negotiation efforts until April 19, 2016 at which time the Parties will file a further status report concerning settlement status or provide the Court with a proposed briefing schedule.

Respectfully Submitted,

/s/ Jeffrey L. Light
Jeffrey L. Light
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
202.277.6213
Jeffrey@LawOfficeOfJeffreyLight.com

CHANNIING D. PHILLIPS
D.C. BAR # 415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/____________________________
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534