UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No. 15-CV-00817<br>) (KBJ)<br>DEPARTMENT OF COMMERCE, )<br>)<br>Defendant. )<br>_____) | |

JOINT STATUS REPORT

Pursuant to the Court's April 5, 2016 Order, the Parties by their respective undersigned counsel, submit this Joint Status Report.  As mentioned in the parties' previous Joint Status Report, Defendant has produced its final contemplated production to Plaintiff.  The last remaining documents which relate to the responsive documents have been referred to the State Department and Department of Treasury.  Based on prior experience, Defendant believes these remaining documents can be produced from these other agencies within 30 days.  At that point Parties will be able to conclude negotiations and be able to determine how much the Parties can resolve or narrow in this manner.

The Parties thereby request that they be allowed to continue to engage in negotiation efforts until June 16, 2016 at which time the Parties will file what is contemplated to be the final status report concerning settlement status or provide the Court with a proposed briefing schedule.

Respectfully Submitted,

/s/ Jeffrey L. Light
Jeffrey L. Light
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
202.277.6213
Jeffrey@LawOfficeOfJeffreyLight.com



CHANNIING D. PHILLIPS
D.C. BAR # 415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:   /s/
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534